# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1997

_____

Anthony R. Elwood,                                    *
                                                      *
                     Appellant,                       *
                                                      *    Appeal from the United States
        v.                                            *    District Court for the Eastern
                                                      *    District of Arkansas.
Linda Sanders, Warden, FCI - Forrest                  *
City,                                                 *          [UNPUBLISHED]
                                                      *
                     Appellee.                        *

_____

Submitted: October 28, 2005
Filed: November 2, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Anthony R. Elwood appeals the district court's[*] dismissal of Elwood's 28 U.S.C. § 2241 petition in which he contended he was being denied a transfer to a federal prison camp in violation of Bureau of Prisons' policy. Because Elwood has been released to a community corrections center during the pendency of this appeal, the appeal should be dismissed as moot. See Mills v. Green, 159 U.S.

_____

[*]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties, in accordance with 28 U.S.C. § 636(c).

651, 653 (1985) (when event occurs during pendency of appeal that renders it impossible to grant effective relief, court will dismiss appeal as moot).

Accordingly, we dismiss this appeal.

_____